UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | No. 2:21-cv-1632 AC P |
| Plaintiff, | |
| v. | ORDER |
| A. ACOB, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an application to proceed in forma pauperis or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity submit either the appropriate application in support of a request to proceed in forma pauperis or the required fees totaling $402.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the service of this order, plaintiff shall submit an application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court or

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

the required fees in the amount of $402.00.  Failure to comply with this order will result in a recommendation that this action be dismissed.

    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  September 16, 2021.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE