UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | No. 2:21-cv-1632 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| A. ACOB, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a notice that he does not intend to object to the dispositive findings and recommendations (ECF No. 15) that are pending in this case. ECF No. 16. Plaintiff further inquires whether his filing fee will be returned in light of the fact that defendant did not respond to the complaint. Plaintiff is advised that the filing fee was a requirement for initiating this action. See 28 U.S.C. § 1915(b)(1) (prisoner who brings a civil action must pay filing fee in full). The subsequent outcome of the action has no effect on this requirement, even when the complaint is never served. Accordingly, the filing fee plaintiff paid will not be refunded.

IT IS SO ORDERED.

DATED: June 15, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE