UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | No. 2:21-cv-1632 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| A. ACOB, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 15. Plaintiff has now filed a notice stating that he agrees with the findings and recommendations and does not intend to file objections. ECF No. 16.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 3, 2022 (ECF No. 15), are adopted in

1

1  full.

2      2.  The first amended complaint is dismissed without leave to amend for failure to state a

3  claim.

4      3.  The Clerk of the Court is directed to close this case.

5  Dated:  July 5, 2022

6  WILLIAM B. SHUBB
7  UNITED STATES DISTRICT JUDGE

8  Elli1632.800